IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 01-0540
 ((((((((((((((((

 State Farm Mutual Automobile Insurance Co. And Wendy Gramm

 v.

 ALICIA LOPEZ, ADAN MUNOZ, JR., JUAN LLANES, DIANA MORENO, AND ALBERT
 ALANIZ, ON BEHALF OF THEMSELVES AND AS REPRESENTATIVES OF A CLASS

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This case is abated.
 2. And removed from the Court's active docket until further order
of this Court.

 Done at the City of Austin, this 13th day of February 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk